# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOSEPH MOORE,** *et al.*, | * | |
| Plaintiffs, | * | **Case No.:** |
| | | **Superior Court of the District of Columbia** |
| v. | * | **Case No. 2021 CA 004631 B** |
| **G&K Services, Co., LLC,** *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANTS' JOINT NOTICE OF REMOVAL

Defendants, G&K Services Co., LLC ("G&K"), Cintas Corporation No. 2 ("Cintas"), NAI Saturn Eastern, LLC ("NAI Saturn Eastern"), and Safeway, Inc. ("Safeway") (collectively, "Defendants"), by their undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby jointly give notice to this Court that they are removing the above-captioned Case No. 2021 CA 004631 B from the Superior Court of the District of Columbia and, in support thereof, state:

## INTRODUCTION

1. On or about December 10, 2021, Plaintiffs, Joseph Moore and Elanore Moore, filed an action against Defendants in the Superior Court of the District of Columbia captioned *Joseph Moore, et al. v. G&K Services, Co., LLC, et al.,* Case No. 2021 CA 004631 B.

2. On February 11, 2022, G&K and Cintas were each served with copies of a Writ of Summons, Civil Information Report, the Complaint, and an Initial Order and Addendum. Copies of the Civil Information Report, the Complaint, and the Initial Order and Addendum are attached collectively as **Exhibit A**; copies of the Writs of Summons served on G&K and Cintas are attached as **Exhibit B** and **Exhibit C**, respectively.

3. On February 11, 2022, NAI Saturn Eastern and Safeway were each served with copies of a Writ of Summons, the Civil Information Report, the Complaint, and the Initial Order and Addendum. Copies of the Writs of Summons served on NAI Saturn Eastern and Safeway are attached as **Exhibit D** and **Exhibit E**, respectively.

4. On February 28, 2022, NAI Saturn Eastern and Safeway filed an Answer to the Complaint, and served the Answer on Plaintiffs, G&K and Cintas. A copy of the Answer is attached as **Exhibit F**.

5. No additional pleadings, orders, or other papers have been served on or by Defendants in the action to date.

6. This Notice of Removal is being filed within thirty days after Plaintiff's service on any Defendant of a copy of a Writ of Summons, Civil-Non-Domestic Case Information Report, and the Complaint, and is, therefore, timely under 28 U.S.C. § 1446(b).

7. A Notice of Filing of Notice of Removal has been filed with the Superior Court of the District of Columbia contemporaneously herewith. A copy of the Notice of Filing of Notice of Removal is attached as **Exhibit G.**

## FACTS AND LAW SUPPORTING REMOVAL

8. Plaintiffs are individuals domiciled in, and therefore citizens of, the District of Columbia.

9. Cintas and Safeway are corporations, whose citizenship, for diversity jurisdiction purposes, is governed by their respective states of incorporation and principal place of business. 28 U.S.C. § 1332(c)(1).

10. Cintas is a Nevada corporation with its principal place of business in Mason, Ohio. Therefore, Cintas is a citizen of Nevada and Ohio.

11. Safeway is a Delaware corporation with its principal place of business in California.[1] Therefore, Safeway is a citizen of Delaware and California.

12. G&K and NAI Saturn Eastern are limited liability companies, which, for diversity jurisdiction purposes, have the citizenship of each of their respective members. *See, e.g.*, *CostCommand, LLC v. WH Administrators, Inc.*, 820 F.3d 19, 21 (D.C. Cir. 2016) (citing *Americold Realty Trust v. Conagra Foods, Inc.*, 577 U.S. 378, 380, 136 S. Ct. 1012, 1015, 194 L. Ed. 2d 71 (2016)).

13. The sole member of G&K is G&K Services LLC. The sole member of G&K Services LLC is Cintas Corporation No. 2. Therefore, G&K is a citizen of Nevada and Ohio. *See* ¶ 10, *supra*.

14. The sole member of NAI Saturn Eastern is New Albertson's Inc., which is a Delaware corporation with its principal place of business in Idaho. Therefore, NAI Saturn Eastern is a citizen of Delaware and Idaho.

15. The amount in controversy in this matter exceeds the sum of $75,000.00, exclusive of interest and costs.

16. There is complete diversity of citizenship among the parties and this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332. Further, none of the parties joined and served as a Defendant is a citizen of the District of Columbia.

---

[1] In the caption of the Complaint, Plaintiff indicates that Safeway, Inc.'s address is 6500 Piney Branch Road, N.W., Washington, D.C. 20012, which is not the principal place of business of Safeway, Inc. Rather, it is the address of a Safeway-brand store location where Plaintiffs allege that the underlying incident occurred. *See* **Ex. A**, Compl. ¶ 13, *et seq*. A store location that is not the corporation's principal place of business has no bearing on Safeway's citizenship for the purposes of determining diversity jurisdiction. *See* 28 U.S.C. § 1332(c)(1).

17.     Pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, papers, and Orders which have been served upon Defendants in this matter are included in the attached **Exhibit A-G**.

**WHEREFORE**, Defendants, G&K Services Co., LLC, Cintas Corporation No. 2, NAI Saturn Eastern, LLC, and Safeway, Inc., jointly and respectfully submit, based upon the allegations of this Notice of Removal, that this action is properly removable and request that this court retain jurisdiction over the same.

Dated:  March 4, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Taylor M. McAuliffe* <br> Taylor M. McAuliffe, Esq. (Bar No. MD088) <br> Miles & Stockbridge P.C. <br> 100 Light Street <br> Baltimore, Maryland  21202 <br> (410) 727-6464 <br> (410) 385-3700 (f) <br> tmcauliffe@milesstockbridge.com <br> *Counsel for Defendants G&K Services Co., LLC and Cintas Corporation No. 2* | */s/ Justin M. Cuniff* <br> Justin M. Cuniff, Esq. # 499196 <br> Carlos A. Uria, Esq., #1033890 <br> Kiernan Trebach LLP <br> One Park Place, Suite 425 <br> Annapolis, MD 21401 <br> Telephone: (443) 263-2800 <br> Facsimile:  (443) 263-2935 <br> jcuniff@kiernantrebach.com <br> auria@kiernantrebach.com <br> *Counsel for Defendants, Safeway, Inc. and NAI Saturn Eastern, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served on all counsel of record this 4th day of March, 2022 via First-Class Mail, postage pre-paid, to:

Charles F. Gormly, Esq.
Rosenthal Gormly Chtd.
10605 Concord Street, #307
Kensington, MD  20895

*Attorney for Plaintiffs*

Justin M. Cuniff, Esq.
Carlos A. Uria, Esq.
Kiernan Trebach LLP
One Park Place, Suite 425
Annapolis, MD 21401

*Counsel for Defendants, Safeway, Inc.
and NAI Saturn Eastern, LLC*

　　　　　　　　　　　　　　　　　　　*/s/ Taylor M. McAuliffe*
　　　　　　　　　　　　　　　　　　　Taylor M. McAuliffe