UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH MOORE,** *et al.* )<br>)<br>Plaintiffs, )<br>) CASE NO. 1:22-cv-00605<br>)<br>v. )<br>)<br>**G AND K SERVICES, LLC,** *et al.* )<br>)<br>Defendants. ) | |

## AFFIDAVIT OF SERVICE

COMES NOW, Charles F. Gormly, Esquire, counsel for the Plaintiff and hereby does depose and state:

1. The Summons, Case Management Order, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent and Reference of a Civil Magistrate Judge and Amended Complaint were sent, via certified mail, return receipt requested, to **Defendant Ultra Care Floor Systems, Inc.'s Registered Agent, Incorp Services, Inc. 1519 York Road, Lutherville, MD 21093e, Suitland, MD 20746.**

2. As set forth in the attached U.S. Postal Service return receipt #7014-2870-0000-4612-6266, and the United States Postal Service Tracking confirmation, the Summons, Case Management Order, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent and Reference of a Civil Magistrate Judge and Amended Complaint were **served on the Defendant on April 25, 2022,** in compliance with the rules of this Court.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH HEREIN ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Charles F. Gormly, Esquire  #452120
Rosenthal Gormly Chtd.
10605 Concord Street, Suite 307
Kensington, MD 20895
202-265-7755 Phone
202-265-7756 Fax
cfg@rogolawfirm.com
*Attorney for Plaintiffs*

STATE OF Maryland
COUNTY OF Prince George's

I HEREBY CERTIFY that on April 28, 2022, before me, the subscriber, a Notary Public in and for the City/County aforesaid, personally appeared the above-stated affiant, and made oath in due form of law.

_____
Notary Public

My commission expires: 10/09/2023

[Notary Seal: MIYONNA MIGEL CAMPBELL, NOTARY PUBLIC, PRINCE GEORGE'S COUNTY, MD, MY COMMISSION EXPIRES OCTOBER 9, 2023]

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Nancy Hyland<br>C. Date of Delivery: 4-25-22 |
| 1. Article Addressed to:<br>**ULTRA CARE FLOOR SYSTEMS, INC.**<br>Serve Registered Agent:<br>INCORP SERVICES, INC.<br>1519 York Road<br>Lutherville, MD 21093<br><br>9590 9402 7067 1251 4532 10 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Transfer from service label)<br>7014 2870 0000 4612 6266 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt



USPS TRACKING #

9590 9402 7067 1251 4532 10

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Rosenthal Gormly, Chtd.
10605 Concord Street
Suite 307
Kensington, MD 20895

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70142870000046126266

Remove ✕

Your item was delivered to an individual at the address at 1:32 pm on April 25, 2022 in LUTHERVILLE TIMONIUM, MD 21093.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, Left with Individual

April 25, 2022 at 1:32 pm
LUTHERVILLE TIMONIUM, MD 21093

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

April 25, 2022, 1:32 pm
Delivered, Left with Individual
LUTHERVILLE TIMONIUM, MD 21093
Your item was delivered to an individual at the address at 1:32 pm on April 25, 2022 in LUTHERVILLE TIMONIUM, MD 21093.

April 24, 2022
In Transit to Next Facility

April 23, 2022, 11:43 pm
Departed USPS Regional Facility
LINTHICUM HEIGHTS MD DISTRIBUTION CENTER

April 23, 2022, 12:07 pm
Arrived at USPS Regional Facility
LINTHICUM HEIGHTS MD DISTRIBUTION CENTER

April 22, 2022, 8:16 pm
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

April 22, 2022, 9:03 am
USPS in possession of item
KENSINGTON, MD 20895

## USPS Tracking Plus®  ⌄

## Product Information  ⌃

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See tracking for related item: 9590940270671251453210
(/go/TrackConfirmAction?tLabels=9590940270671251453210)

Feedback

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.